**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed January 6, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-21-00601-CV**
**NO. 14-21-00602-CV**

---

**IN RE NESTLE WATERS NORTH AMERICA, INC. AND ROBERT LEE SEWELL, SR., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 4**
**Harris County, Texas**
**Trial Court Cause No. 476,731-401 & Cause No. 476,827-401**

---

## MEMORANDUM OPINION

On October 22, 2021, relators Nestle Waters North America, Inc. and Robert Lee Sewell, Sr. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. On December 29, 2021, relators filed a motion to dismiss their petition. *See* Tex. R. App. P. 42.1. The motion is unopposed. Accordingly, we grant relators' motion to dismiss.

We dismiss relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.